New Century Company, appellee, v. S. Silberman et al., trading as S. Silberman & Sons, appellants. Gen. No. 25,054.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed April 21, 1920.

Newman, Poppenhusen, Stern & Johnston, for appellants; Lawrence A. Cohen, of counsel. Bassler, Bippus & Rose, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Peter Andersen, appellee, v. John R. Geary et al., on appeal of John R. Geary, appellant. Gen. No. 25,084.

Action to recover the earnest money paid on a land contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

William E. Rafferty, for appellant. William G. Wise, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Andrews Lumber & Mill Company, appellee, v. T. B. Potter, appellant. Gen. No. 25,093.

Action to recover balance due on account for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed April 21, 1920.

Elmer Allen Kimball, for appellant. Adams, Childs, Bobb & Wescott, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Harry France, appellee, v. Meyer Rosen, appellant. Gen. No. 25,030.

Action to recover for damages to automobile caused by collision with automobile of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed April 30, 1920.

Myerson & Slottow, for appellant; Fred E. Newton, of counsel. A. L. Weber, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.